# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

128644(23)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT JAMES BLACK, JR.,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128644
COA: 259694
Oakland CC: 2003-188764-FH

On order of the Court, the motion for reconsideration of this Court's order of October 31, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

p0123